UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN GRIFFIN HEADRICK,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>RICHARD MORGAN, Superintendent;<br>TIM GLEASON, Lieutenant; W.S.P.;<br>in their official and private<br>capacities,<br><br>　　　　　Defendants. | No. CV-04-5011-FVS<br><br>ORDER OF DISMISSAL |

　　　The Parties having filed a Joint Stipulation to Dismiss without prejudice, Ct. Rec. 25, now therefore,

　　　**IT IS HEREBY ORDERED** that pursuant to Federal Rule of Civil Procedure 41(a)(1), this action is **DISMISSED WITHOUT PREJUDICE.**

　　　**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this order, furnish copies to counsel, and **CLOSE THE FILE**.

　　　**DATED** this ___27th___ day of September, 2006.

　　　　　　　　　　　　　　　　　s/ Fred Van Sickle
　　　　　　　　　　　　　　　　　　Fred Van Sickle
　　　　　　　　　　　　　　United States District Judge

ORDER OF DISMISSAL - 1